BOGAN's *Adm'r. v.* OTEY, *et al.*

*Appeal from Phillips Circuit Court.*

HON. JOHN T. BENNETT, Circuit Judge.

*Adams & Dixon and Pike & Pike,* for appellant.

*Palmer & Sanders, Watkins & Rose and Garland & Nash,* for appellees.

GREGG, J.

All the questions presented in this case have been determined in the case of these appellants against W. E. & C. L. Moore, as administrators of James T. Moore, dec'd.

The decree of the court below is affirmed.

BENNETT, J. did not sit in this case.

HON. S. R. HARRINGTON, Special Supreme Judge.